Nos. 2023-2117, 2023-2116

# United States Court of Appeals for the Federal Circuit

MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., nka
Maxell Holdings, Ltd., MAXELL, LTD.,
*Plaintiffs-Appellants,*

v.

LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC.,
*Defendants-Cross-Appellants.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY, CASE NO. 2:15-CV-04431-SRC-CLW, JUDGE STANLEY R. CHESLER

## LG ELECTRONICS INC. AND LG ELECTRONICS U.S.A., INC.'S UNOPPOSED MOTION TO CORRECT ERROR IN OPINION

Michael J. McKeon
Christian A. Chu
R. Andrew Schwentker
Michael J. Ballanco
FISH & RICHARDSON P.C.
1000 Maine Ave. SW, Suite 1000
Washington, DC 20024
(202) 783-5070
mckeon@fr.com
chu@fr.com
schwentker@fr.com
ballanco@fr.com

*Counsel for LG Electronics Inc. and LG Electronics U.S.A., Inc.*

# **CERTIFICATE OF INTEREST**

Counsel for Defendants-Cross-Appellants LG Electronics Inc. and LG Electronics U.S.A., Inc. certifies the following:

1. **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case.

    **LG Electronics Inc. and LG Electronics U.S.A., Inc.**

2. **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    **None/Not Applicable**

3. **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    **LG Electronics Inc.: LG Corporation**
    **LG Electronics U.S.A., Inc.: LG Electronics Inc.**

4. **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    **FISH & RICHARDSON P.C.:** Ralph A. Philips; Scott A. Elengold*; Jared M. Hartzman; Ryan M. Teel*
    **WALSH PIZZI O'REILLY FALANGA LLP:** Liza M. Walsh; Selina M. Ellis; William T. Walsh, Jr.*
    **MAYER BROWN LLP:** Jamie B. Beaber; Michael W. Maas*; Hyunho Park*; Lisa Ferri; William J. Barrow; Anita Y. Lam*
    **POTTER MINTON:** Michael E. Jones; Allen F. Gardner*
    **CONNELL FOLEY LLP:** Jennifer Critchley*; Reade W. Seligmann*

    * No longer with the firm

5. **Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

   **Yes.** *See* **LG's Notice of Related Cases filed at Dkt. 19; Sec.I.**

6. **Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

   **None/Not Applicable**

Dated: August 21, 2025            */s/ Michael J. Ballanco*
                                  Michael J. Ballanco

Pursuant to Federal Circuit Rule 27(j), Cross-Appellants LG Electronics Inc. and LG Electronics U.S.A., Inc. (together, "LG") respectfully request correction of a typographical error in the Court's opinion issued on August 8, 2025. *Mondis Tech. Ltd. v. LG Elecs. Inc.*, Nos. 2023-2117, 2023-2116, slip op. (Fed. Cir. Aug. 8, 2025) ("Opinion"). Page 4 of the Opinion states that, "[o]n **June 4, 2002**, Mondis amended the claim . . . ." (emphasis added). The date of the referenced claim amendment, however, was May 4, 2007, not June 4, 2002.[1] Appx18199, Appx18203-18204.

Accordingly, LG requests that the Opinion's reference to June 4, 2002, on page 4 be corrected to May 4, 2007, as shown below:

| Slip Opinion | Requested Correction |
|---|---|
| On June 4, 2002, Mondis amended the claim by inserting the phrase "at least a type of" to overcome a prior art rejection. | On May 4, 2007, Mondis amended the claim by inserting the phrase "at least a type of" to overcome a prior art rejection. |

**STATEMENT OF CONSENT**

LG's counsel has conferred with counsel for Appellants, and Appellants do not oppose the requested correction and will not file a response.

**CONCLUSION AND STATEMENT OF RELIEF SOUGHT**

For the foregoing reasons, LG respectfully requests that the Opinion's reference to June 4, 2002, on page 4 be corrected to May 4, 2007.

---

[1] June 4, 2002, is the filing date of the application that led to U.S. Patent No. 7,475,180. Appx551.

Dated:  August 21, 2025                    Respectfully submitted,

*/s/ Michael J. Ballanco*
Michael J. McKeon
Christian A. Chu
R. Andrew Schwentker
Michael J. Ballanco
FISH & RICHARDSON P.C.
1000 Maine Ave. SW, Suite 1000
Washington, DC 20024
(202) 783-5070
mckeon@fr.com
chu@fr.com
schwentker@fr.com
ballanco@fr.com

*Counsel for LG Electronics Inc. and LG Electronics U.S.A., Inc.*

# CERTIFICATE OF SERVICE

I certify that on August 21, 2025, I electronically filed the foregoing LG Electronics Inc. and LG Electronics U.S.A., Inc.'s Unopposed Motion to Correct Error in Opinion using the Court's CM/ECF filing system. Counsel was served via CM/ECF on August 21, 2025 per Fed. R. App. P. 25 and Fed. Cir. R. 25(e).

*/s/ Michael J. Ballanco*
Michael J. Ballanco

# CERTIFICATE OF COMPLIANCE

LG Electronics Inc. and LG Electronics U.S.A., Inc.'s Unopposed Motion to Correct Error in Opinion is submitted in accordance with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The Motion contains 236 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2), as determined by Microsoft Word 2016. This Brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman, 14 Point.

Dated: August 21, 2025                    */s/ Michael J. Ballanco*
                                                                      Michael J. Ballanco