

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 6, 2025

Michael J. McKeon
Fish & Richardson PC
1000 Maine Avenue SW
Washington, DC 20024

**Re:    Mondis Technology Ltd. v. LG Electronics Inc. – Appeal No. 23-2117**

Dear Counsel:

The court invites a response from Cross-Appellants to the combined petition for panel rehearing and rehearing en banc rehearing en banc filed by Appellants in this matter.

Please file the response in accordance with Federal Circuit Rule 40 on or before October 20, 2025.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc:    Martin Jay Black